IN THE CIRCUIT COURT, FOURTH
JUDICIAL CIRCUIT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:
JUDGE:

BETTE FINNEGAN and THOMAS
FINNEGAN, her husband,
      Plaintiffs,

vs.

SOUTHERN-OWNERS INSURANCE
COMPANY, a foreign profit corporation,
and FEDERAL INSURANCE COMPANY,
a foreign profit corporation,
      Defendants.

_____

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiffs, Bette Finnegan and Thomas Finnegan, her husband, sue Defendant Southern-Owners Insurance Company, a foreign profit corporation, and Defendant Federal Insurance Company, and allege as follows:

## GENERAL ALLEGATIONS

1. This is an action for damages that exceed Seventy Five Thousand ($75,000.00) Dollars excluding interest, attorney's fees and costs.

2. At all times relevant Plaintiff Bette Finnegan and her husband Thomas Finnegan have been residents of Florida.

3. At all times relevant, Defendant Southern-Owners Insurance Company was and is a corporation licensed to, and doing, substantial and not isolated business in the State of Florida, including Jacksonville, Duval County Florida.

4. At all times relevant, Defendant Federal Insurance Company was and is a corporation licensed to, and doing, substantial and not isolated business in the State of Florida, including Jacksonville, Duval County Florida.

5. At all times relevant, Plaintiff Bette Finnegan was operating a 2016 Hyundai Santa Fe, Vehicle Identification Number KM8SRDHF1GU137929, Florida tag number ELKZ54, (hereinafter "the plaintiff vehicle")

6. On or about August 22, 2018, at approximately 4:25 p.m. an unknown driver negligently operated or negligently maintained his or her vehicle traveling northbound on US Highway 17 near its intersection with Raggedy Point Road, in Clay County Florida, so that it went from the left lane into the center lane and collided into the driver's side of the plaintiff vehicle in Plaintiff Bette Finnegan's lane of travel with such force that it knocked the plaintiff vehicle out of the center lane all the way through the right lane out of the roadway and into a ditch on the right shoulder, and then continued northbound striking the back of another northbound vehicle ahead and fled the scene of the accident.

7. As a result of said negligence of the unknown driver who was never apprehended or identified, Plaintiff Bette Finnegan has suffered bodily injury and/or aggravation of previously existing condition that is permanent within a reasonable degree of medical probability and resulting pain and suffering, disability, mental anguish, loss of capacity for the enjoyment of life, loss of ability to perform the usual duties of maintaining her home and household, and medical expenses. These losses are either permanent or continuing and Plaintiff will continue to suffer such losses in the future.

8. Additionally, Plaintiffs Bette Finnegan and Thomas Finnegan were insured by an umbrella insurance policy numbered 7995-29-55 issued by Federal Insurance Company which

provides excess uninsured/underinsured motorist coverage for the Plaintiffs' damages from this crash in the additional amount of $1,000,000 over the underlying UM/UIM coverage. (A copy of the insurance information for this insurance policy is attached and incorporated as Composite Exhibit "B".)

### Count I: Underlying UM

9. Plaintiff Bette Finnegan re-alleges and incorporates by reference paragraphs 1 through 8, and further allege:

10. Defendant Southern-Owners Insurance Company has refused to honor its obligations to Plaintiffs under the uninsured motor vehicle policy provisions as a result of the crash at issue.

11. There is a dispute between the parties as to the amount of Plaintiffs' damages and neither party has demanded arbitration.

12. All conditions precedent have been performed or have occurred.

**WHEREFORE,** Plaintiff Bette Finnegan demands judgment for damages and costs of the suit against Defendant Southern-Owners Insurance Company, together with such other relief as the Court may deem appropriate and further demands a trial by jury on all issues so triable.

### Count II: Excess UM

13. Plaintiff Bette Finnegan re-alleges and incorporates by reference paragraphs 1 through 8, and 10 through 12, and further alleges:

14. Defendant Federal Insurance Company has refused to honor its obligations to Plaintiffs under the excess uninsured motor vehicle policy provisions as a result of the crash at issue.

15. There is a dispute between the parties as to the amount of Plaintiffs' damages and neither party has demanded arbitration.

16. All conditions precedent have been performed or have occurred.

**WHEREFORE,** Plaintiff Bette Finnegan demands judgment for damages and costs of suit against Defendant Federal Insurance Company, together with such other relief as the Court may deem appropriate and further demands a trial by jury on all issues so triable.

### Count III: Consortium

17. Plaintiff Thomas Finnegan re-alleges and incorporates by reference paragraphs 1 through 8, 10 through 12, 14 through 16, and further alleges:

18. At all times material hereto, Plaintiff Thomas Finnegan has been the husband of Plaintiff Bette Finnegan.

19. As a result of the injuries and harm suffered by Bette Finnegan in the accident, Thomas Finnegan has been, and continues to be, deprived of care, consortium, companionship and services of his wife.

**WHEREFORE,** Plaintiff Thomas Finnegan demands judgment for damages and costs of the suit against Defendants Southern-Owners Insurance Company and Federal Insurance Company, together with such other relief as the Court may deem appropriate and further demands a trial by jury on all issues so triable.

## DEMAND FOR JURY TRIAL

Plaintiffs respectfully demand trial by jury of all issues so triable.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished to Defendants by service of process, this 23rd day of September, 2020.

 

**PAJCIC & PAJCIC, P.A.**

*/s/ Curtis S. Pajcic*

---

**CURTIS S. PAJCIC, ESQUIRE**
Florida Bar No.: 0068292
**STEPHEN J. PAJCIC, III, ESQUIRE**
Florida Bar No.: 143485
One Independent Drive, Suite 1900
Jacksonville, FL 32202-5013
Telephone: (904) 358-8881
Telefax: (904) 354-1180
Primary E-mail: curt@pajcic.com
Secondary E-mail: sabrina@pajcic.com
***Attorneys for Plaintiffs Bette and Thomas Finnegan***

**PLAINTIFF'S EXHIBIT A**

## DISCLOSURE OF INSURANCE INFORMATION

**To:** Pajcic & Pajcic   **Claim Number:** 300-0256006-2018

**Re:** Thomas S. Finnegan , (Insured)

**Nature of Claim:** Bodily Injury

The following information is provided pursuant to the provisions of FS627.4137 and at the request of

Bette Finnegan                                      Curry Gary Pajcic
　　　　(claimant)　　　　　　　　　　　　　　　(attorney)

Southern-Owners   Insurance Company has the following numbered policy(ies) in which _____

Thomas S. Finnegan
Is a named insured:

| Policy Number | Named Insured | Limits of Liability |
|---|---|---|
| 48 417 345 00 | Thomas S. Finnegan | *See Attached |

Southern-Owners reasonably believes that a coverage defense exists as to the following policies for the following reasons:

| Policy Number | Reason for Coverage Defense |
|---|---|
| 48 417 345 00 | None Known At This Time |

A copy of the policy(ies) identified above is attached or provided with this disclosure.

Other insurance which may be available to the above named insured which is known to Southern-Owners at this time is as follows:

| Company | Policy Number | Limits of Liability |
|---|---|---|
| None Known | | |

FLORIDA STATUTES PROVIDE THAT: "Any person who knowingly, and with intent to injure, defraud or deceive an insurer files a statement of claim or an application containing any false, incomplete, or misleading information is guilty of a felony of the third degree."

Dated: 9/19/18

I, Lisa Franson , after having been duly sworn, do hereby swear and affirm that the above stated information is correct to the best of my knowledge, information and belief.

_____ Branch Claims Manager
(name & title)

State of ____Florida____ )
　　　　　　　　　　　　) SS.
County of ____Leon____ )

The foregoing disclosure of insurance information was acknowledged before me this 19th day of September by Lisa Franson

ERIC R BECK
Notary Public – State of Florida
Commission # GG 165102
My Comm. Expires Dec 4, 2021
Bonded through National Notary Assn

_____ County Leon   Notary Public
My commission expires 12/4/21

18051 (05-15)





PO Box 1600, Whitehouse Station, NJ 08889-1600

**Group Personal Excess Liability Policy**

## COVERAGE SUMMARY CERTIFICATE

Name and Address of Insured

**Baptist Health Group Personal Excess Program**

**Thomas S Finnegan**
2313 Torbay Dr
Orange Park, FL USA 32073

Policy Number      7995-29-55

Effective Date      December 01, 2019

Issued by the stock insurance company,
Indicated below, herein called the Company

**FEDERAL INSURANCE COMPANY**

Producer No.   0022419-99999

Incorporated under the laws of Indiana

Sponsoring Organization and Address

**Baptist Health Florida**
841 Prudential Dr
Jacksonville, FL 32207

### Policy Period
From:   December 01, 2019   To:   December 01, 2020
12:01 A.M. Standard Time at the Named Insured's mailing address.

### Limit of Liability

| | |
|---|---|
| $2,000,000 | Excess Liability Each Occurrence |
| $1,000,000 | Excess Uninsured/Underinsured Motorist Protection Each Occurrence |

### Required Primary Underlying Insurance

Personal Liability (Homeowners) for personal injury and property damage in the minimum amount of $300,000 each occurrence.

Registered vehicles in the minimum amount of $250,000/$500,000 bodily injury and $100,000 property damage; $300,000/$300,000 bodily injury and $100,000 property damage; $300,000 single limit each occurrence.

Unregistered vehicles in the minimum amount of $300,000 bodily injury and property damage each occurrence.

Registered vehicles with less than four wheels and motorhomes in the minimum amount of $250,000/$500,000 bodily injury and $100,000 property damage; $300,000/$300,000 bodily injury and $100,000 property damage; $300,000 single limit each occurrence.

Watercraft less than 26 feet and 50 engine rated horsepower or less for bodily injury and property damage in the minimum amount of $300,000 each occurrence.

Watercraft 26 feet or longer or more than 50 engine rated horsepower for bodily injury and property damage in the minimum amount of $500,000 each occurrence.

Uninsured/underinsured motorists protection in the minimum amount of $250,000/$500,000 bodily injury and $100,000 property damage; $300,000/$300,000 bodily injury and $100,000 property damage; $300,000 single limit each occurrence.

**FAILURE TO COMPLY WITH THE REQUIRED PRIMARY UNDERLYING INSURANCE WILL RESULT IN A GAP IN COVERAGE.**

## Authorization

In Witness Whereof, the company issuing this policy has caused this policy to be signed by its authorized Officers, but this policy shall not be valid unless also signed by a duly authorized representative of the Company.

FEDERAL INSURANCE COMPANY

*[signature]*
President

*[signature]*
Secretary

*[signature]*
Authorized Representative

Producer's Name & Address

HARDEN & ASSOCIATES, INC.
501 RIVERSIDE AVE. #1000
JACKSONVILLE, FL 32202-0000